FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA ANDERSON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER PRODUCT ADMINISTRATORS, INC., an Illinois corporation, and VIRGINIA SURETY COMPANY, INC., an Illinois corporation,<br><br>Defendants. | No. 2:23-CV-00352-SAB<br><br>**ORDER CLOSING FILE** |

    On March 14, 2024, the Court granted Defendants' Motion to Dismiss Class Complaint and granted Plaintiff leave to file an Amended Complaint. Plaintiff is represented by Brian Cameron, Christopher Hogue, and Shayne Sutherland.

    Plaintiff has not filed an Amended Complaint and as such, the Court will close the file.

//

//

//

**ORDER CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **CLOSED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 8th day of July 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER CLOSING FILE ~ 2**